**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABBOSJON URINBOEV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-367-PRW |
| | ) | |
| TODD M. LYONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On February 26, 2026, Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1). On October 2, 2026, Respondents filed a Notice (Dkt. 13) informing the Court that Petitioner departed the United States on July 17, 2026, and is no longer detained.[1]

Accordingly, the Court **DISMISSES** the Petition (Dkt. 1) as moot.

**IT IS SO ORDERED** this 5th day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] Notice (Dkt. 13), at 1.